UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LACEY SPIERLING,

           Plaintiff,

  v.

GREAT LAKES SERVICES, LLC, et al.,

           Defendants.

CASE NO. C11-5837 BHS

ORDER REQUESTING RESPONSE

     This matter comes before the Court on Plaintiff Lacey Spierling's motion for reconsideration (Dkt. 31). The Court has considered the pleadings filed in support of the motion and requests a response from Defendant Great Lakes Services, LLC. A response, if any, shall be filed no later than November 21, 2012. A reply, if any, shall be filed November 30, 2012, and the Clerk shall renote the motion for consideration on the Court's November 30, 2012 calendar.

**IT IS SO ORDERED.**

Dated this 6th day of November, 2012.

                                    BENJAMIN H. SETTLE
                                    United States District Judge

ORDER