UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LACEY SPIERLING,

    Plaintiff,

  v.

GREAT LAKES SERVICES,

    Defendant.

CASE NO. C11-5837 BHS

ORDER GRANTING MOTION FOR RECONSIDERATION AND VACATING PREVIOUS ORDER AND JUDGMENT

  This matter comes before the Court on Plaintiff Lacey Spierling's ("Spierling") motion for reconsideration (Dkt. 31). The Court has considered the pleadings filed in support of and in opposition to the motion and the remainder of the file and hereby grants the motion for the reasons stated herein.

  Therefore, it is hereby **ORDERED** that Spierling's motion for reconsideration (Dkt. 31) for the purpose of considering recently submitted evidence and the Court's previous order granting summary judgment (Dkt. 29) and judgment (Dkt. 30) are **VACATED**.

  Dated this 30th day of January, 2013.

            _____
            BENJAMIN H. SETTLE
            United States District Judge

ORDER